**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| **AMANDA DAWN PARKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FRANK BISIGNANO, Commissioner of** | ) | **No. 2:21-cv-00021** |
| **Social Security** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is the Report and Recommendation by Magistrate Judge Luke A. Evans ("R&R") (Doc. No. 35) recommending that the Court deny as moot Plaintiff's first motion for attorney's fees (Doc. No. 30) and grant Plaintiff's amended motion for attorney's fees (Doc. No. 32). The R&R, issued on March 13, 2026, notified Defendant that any objections must be filed within fourteen days. (Doc. No. 35 at 5). Defendant did not object. Because Defendant lodged no objections to the R&R, the Court reviews it for clear error only. Fed. R. Civ. P. 72(b) advisory committee note of 1983 ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). And the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C).

The Court has reviewed the R&R for clear error and finds none. Accordingly, the Court **ADOPTS** the R&R (Doc. No. 35) in its entirety.

Plaintiff's first motion for attorney's fees (Doc. No. 30) is **DENIED AS MOOT**. Plaintiff's amended motion for attorney's fees (Doc. No. 32) is **GRANTED**. Plaintiff is awarded $31,040.00 in attorney's fees. The Clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE